**Order entered May 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01299-CV

**LARRY DAVIS, Appellant**

**V.**

**CREST AT PARK CENTRAL, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05139-B**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. Although we cautioned appellant by letter dated February 25, 2019 that the appeal would be submitted without the reporter's record unless he filed written verification he had requested the record within ten days, appellant has not responded. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file his brief no later than May 31, 2019.

/s/     KEN MOLBERG
        JUSTICE